**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2314**

---

NARDRA M. DANIELS,

Plaintiff - Appellant,

versus

DEPARTMENT OF THE ARMY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-01-513-5-2BO)

---

Submitted: January 28, 2002          Decided: February 12, 2002

---

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

Nardra M. Daniels, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nardra M. Daniels appeals the district court's order dismissing her civil action under the Federal Tort Claims Act with prejudice for failure to comply with the magistrate judge's order to particularize her complaint. See Fed. R. Civ. P. 41(b). Finding no abuse of discretion in the district court's dismissal, we affirm on the reasoning of the district court. See Daniels v. Department of the Army, No. CA-01-513-5-2BO (E.D.N.C. Sept. 20, 2001). We modify the dismissal, however, to reflect that it is without prejudice to Daniels's right to file a new complaint in the district court with the proper factual support. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

2